**FILED**

MAR 2 3 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  I N D I C T M E N T |
| | ) |
| Plaintiff, | )  **4 : 23 CR   169** |
| | ) |
| v. | )  CASE NO._____ |
| | )       Title 21, United States Code, |
| PATRICK JILES, | )       Sections 841(a)(1) and (b)(1)(C) |
| | ) |
| Defendant. | )  **JUDGE OLIVER** |
| | ) |

COUNT 1
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(l) and (b)(1)(C))

The Grand Jury charges:

1.     On or about May 26, 2022, in the Northern District of Ohio, Eastern Division,

Defendant PATRICK JILES knowingly and intentionally distributed a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(l) and (b)(1)(C))

The Grand Jury further charges:

2.     On or about May 30, 2022, in the Northern District of Ohio, Eastern Division,

Defendant PATRICK JILES knowingly and intentionally distributed a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Distribution of Cocaine, 21 U.S.C. §§ 841(a)(l) and (b)(1)(C))

The Grand Jury further charges:

3.      On or about June 6, 2022, in the Northern District of Ohio, Eastern Division, Defendant PATRICK JILES knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 4
(Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(l)
and (b)(1)(C)

The Grand Jury further charges:

4.      On or about June 13, 2022, in the Northern District of Ohio, Eastern Division, Defendant PATRICK JILES knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE

The Grand Jury further charges:

5.      For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendant PATRICK JILES shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug violations charged in Counts 1 through 4; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the

2

commission of the drug violations charged in Counts 1 through 4; including, but not limited to, the following:

    a.    $2,650.00 in U.S. Currency; and

    b.    a Henry .22 caliber rifle, bearing serial number 711006H, and and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.